■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON RODRIGUEZ, Appellant. [655 NYS2d 330] —Judgment, Supreme Court, Bronx County (Dominic Massaro, J.), rendered July 11, 1994, convicting defendant, after a jury trial, of murder in the second degree and criminal possession of a weapon in the second degree, and sentencing him to concurrent terms of 25 years to life and $3^{1}/_{2}$ to 7 years, respectively, unanimously affirmed.

Defendant's motion to suppress identification testimony was properly denied. Assuming defendant was arrested in his home without a warrant, in violation of *Payton v New York* (445 US 573), we find that the issue of attenuation was sufficiently developed on the hearing record, which supports the court's implicit finding that the *confirmatory* identifications were not tainted by such warrantless arrest (*People v Harris*, 77 NY2d 434; *People v Ramos*, 206 AD2d 260, 262-263). In any event, any error in the court's ruling was harmless beyond a reasonable doubt (*People v Crimmins*, 36 NY2d 230). Defendant's remaining contentions are without merit. Concur—Murphy, P. J., Sullivan, Rubin and Andrias, JJ.